UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| DONALD EMERY, THE DOG HOUSE BAR & GRILL, INC., et al., | ) ) | C/A No. 4:08-cv-03351-TLW |
| Plaintiffs, | ) | |
| vs. | ) ) | NOTICE OF FILING AFFIDAVIT OF |
| THE CITY OF MYRTLE BEACH, a municipal corporation, | ) ) | TOM LEATH |
| Defendant. | ) ) | |

Attached as Exhibit 1 is the affidavit of Tom Leath dated November 26, 2008, filed in the case of <u>William W. O'Day, et al. v. City of Myrtle Beach</u>, 08-CP-26-7815.

/s Cynthia Graham Howe /s Michael W. Battle
Cynthia Graham Howe #4934/ Michael W. Battle #1243
cghowe@sccoast.net /  mbattle@sccoast.net
BATTLE , VAUGHT & HOWE, P.A.
Attorneys for Defendant City of Myrtle Beach
1200 Main Street
P.O. Box 530
Conway, SC 29528
(843)248-4321 (phone)       (843)248-4512 (fax)

December 8, 2008