AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

| | |
|---|---|
| Donald Emery, et al | ) |
| *Plaintiff* | ) |
| v. | ) Civil Action No. 4:08-CV-3351-TLW |
| City of Myrtle Beach | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☐ other:
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Terry L. Wooten  on a motion to dismiss
   The Defendant's Motion to Dismiss for failure to prosecute is hereby GRANTED and this case is DISMISSED.

Date:  01/13/2010                                             *CLERK OF COURT*

                                                              s/Penelope W. Roulston
                                                              *Signature of Clerk or Deputy Clerk*